

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:             01-16-00098-CV

Trial Court Cause
Number:                   79855-CV

Style:                    Michael  A.  McCann

                          **v**  Spencer Plantation Investments, LTD

Date motion filed*:       July 1, 2016

Type of motion:           Motion to strike appellee's brief

Party filing motion:      Appellant

Document to be filed:

Is appeal accelerated? ☐ YES     ☒ NO

Ordered that motion is:

    ☐  Granted

        If document is to be filed, document due: _____

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☒  Denied

    ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐  Other: _____

Judge's signature: /s/ Terry Jennings
              ☒ Acting individually      ☐ Acting for the Court

Panel consists of _____

Date: July 14, 2016